**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**EXPRESS OIL CHANGE, LLC. et al.**                                      **PLAINTIFF**

**VS**                                 **CIVIL ACTION NO.: 3:16-cv-414-HTW-LRA**

**MISSISSIPPI BOARD OF LICENSURE
FOR PROFESSIONAL ENGINEERS & SURVEYORS**                **DEFENDANT**

**FINAL JUDGMENT**

Before this court is the Defendant's Motion for Summary Judgment [Docket No. 22]. Upon consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the Court finds that the motion of the Defendant is well taken and should be granted. All pending motions in this matter [Docket Nos. 24, 25, & 32] are hereby moot. This court is issuing an order contemporaneously with this judgment.

The court concludes that judgment should be entered in favor of the Defendant and against the Plaintiffs and that the Defendant should be awarded its costs.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint be dismissed with prejudice in accordance with this court's Order Granting Summary Judgment.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed by the rules.

**SO ORDERED AND ADJUDGED**, this, the   1st   day of  February  , 2018.

                                             s/HENRY T. WINGATE
                                             **UNITED STATES DISTRICT COURT JUDGE**