IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| EXPRESS OIL CHANGE, LLC, and ) <br> TE, LLC d/b/a TIRE ENGINEERS, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRELL TEMPLE, et al. ) <br> ) <br>    Defendants. ) | 3:16-CV-414-HTW-LRA |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Express Oil Change, LLC and TE, LLC appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment [Docket No. 52] entered in this civil action on February 2, 2018.

Respectfully submitted, February 28, 2018.

                              *s/ Michael J. Bentley*
                              Stephen M. Wilson (MSB 9058)
                              Michael J. Bentley (MSB 102631)
                              BRADLEY ARANT BOULT CUMMINGS, LLP
                              One Jackson Place
                              188 E. Capitol Street, Suite 400
                              Jackson, MS  39201
                              Phone: 601.948.8000
                              Fax: 601.592.1457
                              swilson@bradley.com
                              mbentley@bradley.com

                              Michael J. Douglas
                              Joe Leak
                              *Pro Hac Vice*
                              LEAK, DOUGLAS & MORANO, P .C.
                              The John A. Hand Building
                              17 20th Street North, Suite 200

Birmingham, AL 35203
Phone: 205.977.7099
Fax: 205.977.7167
Email: mdouglas@leakdouglas.com

*Attorneys for Plaintiffs Express Oil Change, LLC and TE, LLC d/b/a Tire Engineers*

2

## **CERTIFICATE OF SERVICE**

I, Michael J. Bentley, an attorney for *Plaintiffs Express Oil Change, LLC and TE, LLC d/b/a Tire Engineers*, certify that on February 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Michael J. Bentley*
Attorney for *Plaintiffs Express Oil Change, LLC and TE, LLC d/b/a Tire Engineers*
